SCOTT N. SCHOOLS (SC 9990)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

BRIGID S. MARTIN (CASBN 231705)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7129

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CESAR BUENROSTRO, )<br>    a/k/a Cesar Lopez, )<br>)<br>Defendant. )<br>_____ ) | No. CR 07-0154 CRB<br><br>**PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM** |

To the Honorable Joseph C. Spero, United States Magistrate Judge for the United States District Court for the Northern District of California:

    The United States of America respectfully petitions the Court to issue a Writ of Habeas Corpus Ad Prosequendum for the prisoner CESAR BUENROSTRO, a/k/a Cesar Lopez.

//

//

//

//

//

WRIT AD PROSEQUENDUM
CR 07-0154 CRB

1  CESAR BUENROSTRO, a/k/a Cesar Lopez, is required as the defendant in the above-
2  captioned matter before this Court. The defendant's place of custody and jailor are set forth in
3  the following writ.
4
5  DATED: March 26, 2007                Respectfully submitted,
6                                       SCOTT N. SCHOOLS
                                        United States Attorney
7
8
9                                            /s/ Brigid S. Martin
                                        BRIGID S. MARTIN
                                        Special Assistant United States Attorney
10
11
12 IT IS SO ORDERED.
13
   DATED: 3/26/7
14
15
16                                      HON.
                                        United                Judge Joseph C. Spero
17
18
19
20
...
28

WRIT AD PROSEQUENDUM
CR 07-0154 CRB                      2

|   |   |
|---|---|
| 1 | **THE PRESIDENT OF THE UNITED STATES OF AMERICA** |
| 2 | To Federico Rocha, United States Marshal for the Northern District of California; any of his |
| 3 | authorized deputies; and Larry Scribner, Warden of Calipatria State Prison, 7018 Blair Road, |
| 4 | Calipatria, California 92233: |
| 5 | **GREETINGS** |
| 6 | The prisoner CESAR BUENROSTRO, a/k/a Cesar Lopez (D.O.B. 01/01/74; |
| 7 | CDC # F06172), is now in custody in the above-referenced institution. He is required to appear |
| 8 | on criminal charges now pending against him in the United States District Court for the |
| 9 | Northern District of California, 450 Golden Gate Avenue, San Francisco, California 94102. |
| 10 | Accordingly, |
| 11 | WE COMMAND that you produce the prisoner in this Court FORTHWITH. |
| 12 | You shall bring him before Magistrate Judge Edward M. Chen on April 2, 2007. You shall |
| 13 | produce the prisoner at all times necessary until the termination of the proceedings in this Court. |
| 14 | Immediately thereafter, you shall return the prisoner to the above-referenced institution, or |
| 15 | abide by whatever further order the Court may make concerning his custody. |
| 16 | WE FURTHER COMMAND that if the prisoner is to be released from custody |
| 17 | in the above-referenced institution, he be IMMEDIATELY delivered to the United States |
| 18 | Marshal or any of his authorized deputies under this writ. |
| 19 | WITNESS the Honorable Joseph C. Spero, United States Magistrate Judge of the |
| 20 | United States District Court for the Northern District of California. |

Dated: 3/26/7

CLERK OF COURT
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Karen L. Hom
DEPUTY CLERK

WRIT AD PROSEQUENDUM
CR 07-0154 CRB